IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CV 15-138 RB/WPL
                                                CR 12-3186 RB

HECTOR RUIZ,
a/k/a ARTURO RUIZ,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed August 11, 2015. (Doc. 7.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 by a Person in Federal Custody is denied;

3) this cause is dismissed with prejudice; and

4) a certificate of appealability is denied.

                                                                  _____
                                                                  **UNITED STATES DISTRICT JUDGE**